330

Before the Second Division, October 2, 1940

No. 44396.—Protest 886265–G of Mason Bros. & Tarlin (Boston).

Opinion by Kincheloe, J.   It was stipulated that the merchandise consists of rubber balloons trimmed with colored feathers fastened to one end of a hollow cane or stick composed of bamboo, the same as those the subject of Abstract 40493.   The claim at 45 percent under paragraph 409 was therefore sustained

No. 44397.—Protest 832171–G of S. Hata Shoten, Ltd. (Honolulu).

Opinion by Kincheloe, J.   In accordance with the report of the appraiser that the cotton cloth in question is properly dutiable at 23.50 percent ad valorem under paragraph 904 (b) that claim was sustained.   On the authority of *Lamborn v. United States* (27 C. C. P. A. 46, C. A. D. 60) the claim as to the Agricultural Adjustment Act was dismissed for lack of jurisdiction.

Before the Third Division, October 2, 1940

No. 44398.—Protest 20365–K of New York Mdse. Co. (New York).

Opinion by Keefe, J.   In accordance with stipulation of counsel and on the authority of *Woolworth v. United States* (T. D. 47857) and Abstract 34216 the claim for free entry under paragraph 1703 was sustained.

No. 44399.—Protests 806580–G/84591, etc., of Chinese Trading Co. (Chicago).

Opinion by Keefe, J.   On the authority of *Lamborn v. United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 44400.—Protests 877719–G/10949, etc., of S. H. Kress & Co. (New Orleans).

Opinion by Keefe, J.   In accordance with stipulation of counsel and on the authority of *Butler v. United States* (4 Cust. Ct. 120, C. D. 303) the Rockingham-ware in question was held dutiable at 25 percent under paragraph 210 as claimed.

No. 44401.—Protests 873358–G, etc., of S. H. Kress & Co. (New York).

Opinion by Keefe, J.   In accordance with stipulation of counsel and on the authority of *Butler v. United States* (4 Cust. Ct. 120, C. D. 303) the Rockingham-ware in question was held dutiable at 25 percent under paragraph 210 as claimed.